UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

In re

BARBARA CIETEK                                              Case No. 06-11008

                Debtors

-------------------------------------------------------------

GREENSWARD, INC.
                Plaintiff(s)

  -against-                                               Adversary No. 06-90191

BARBARA CIETEK
                Defendant(s)

-------------------------------------------------------------

## CERTIFICATE OF SERVICE

THE UNDERSIGNED DEPUTY CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF NEW YORK CERTIFIES THAT A COPY OF THE ATTACHED DOCUMENT WAS SERVED TODAY ON THE PARTIES NAMED BELOW VIA FIRST CLASS MAIL:

Barbara Cietek
101 C Overook Pass
Clifton Park, NY 12065

U.S. Trustee
74 Chapel St.
Albany, NY 12207

THE ATTACHED DOCUMENT HAS BEEN FILED WITH THE CLERK OF THE BANKRUPTCY COURT AND WILL BE ENTERED ON THE COURT'S DOCKET USING THE CM/ECF SYSTEM, THEREBY, UPON ENTRY, GENERATING ELECTRONIC NOTIFICATION TO THE PARTIES NAMED BELOW:

Andrea E. Celli    legal@ch13albany.com

Michael Jude OConnor    moconnor@1stlaw.com, kane@1stlaw.com;enzien@1stlaw.com;peterson@1stlaw.com

William B. Schiller    wschiller@schillerknapp.com, lgadomski@schillerknapp.com

DATED: 4/18/8                    BY: [signature]